AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
Juan Carlos VENEGAS

Defendant

Case No. DR13-2104M-01
mo:12-mj-267

FILED
FEB 1 9 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Juan Carlos VENEGAS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Coercion and Enticement of a Minor, a violation of Title 18 United States Code Section 2422 (b).

Date: 07/18/2012

_____
Issuing officer's signature

City and state:   Midland, Texas

David Counts   United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 2-19-13, and the person was arrested on (date) 2-16-13
at (city and state) Del Rio, POE

Date: 2-19-13

_____
Arresting officer's signature   USMS IRS

David Counts   United States Magistrate Judge
Printed name and title

AO 91 (Rev. 02/09) Criminal Complaint

**FILED**
JUL 18 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Juan Carlos VENEGAS<br><br>*Defendant* | )<br>)<br>) Case No. MD:12-MJ-267<br>) DR13-2104M01<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 07/01/2012 in the county of Crane in the Western District of Texas, the defendant violated 18 U.S.C. § 2422 (b), an offense described as follows:

did use any facility and foreign commerce, to wit: a cellular telephone, to knowingly persuade, induce and entice an individual who had not attained the age of 18 years to engage in sexual activity.

This criminal complaint is based on these facts:
See attachment titled "AFFIDAVIT"

A true copy of the original, I certify.
Clerk, U. S. District Court

By _panchuz_ Deputy

☑ Continued on the attached sheet.

_W. Heath Hardwick_
*Complainant's signature*

W. Heath Hardwick, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/18/2012

_____
*Judge's signature*

City and state: Midland, Texas         David Counts        U.S. Magistrate Judge
                                        *Printed name and title*

**FILED**

**FEB 19 2013**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Case No. DR13-2104M-01 |
| v. § | (MO-12-MJ-267) |
| § | |
| § | |
| JUAN CARLOS VENEGAS § | |

## INTRA-DISTRICT TRANSFER ORDER

**TO THE UNITED STATES MARSHALS SERVICE:**

A Complaint having been filed against **JUAN CARLOS VENEGAS**, **Case No. MO-12-MJ-267**, in the MIDLAND Division of the Western District of Texas, and a warrant having been issued, Defendant has been arrested in the Del Rio Division of the Western District of Texas. Having been warned of his rights and advised of the allegations against him, Defendant is hereby committed to your custody and it is ordered that he be detained without bond pending a hearing before a United States Magistrate Judge sitting in the Midland Division.

**YOU ARE THEREFORE COMMANDED** to transport the above named defendant forthwith to the Midland Division of the Western District of Texas for further court proceedings.

SIGNED and ENTERED this 19th day of February, 2013

_____
COLLIS WHITE
United States Magistrate Judge

FILED

FEB 19 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | 12 MINUTES |
| vs. | § | Case Number: DR:13-M-02104(1) |
| | § | (MO-12-MJ-267) |
| (1) Juan Carlos Venegas | § | SWORN: [X] |
| | § | |

AKA:

## PROCEEDING MEMO - INITIAL APPEARANCE

1. [X] Complaint Filed   7/18/12        [X] Arrest Warrant Issued   7/18/12
                                                                                                                                                                                                                                  Date

   [ ] Indictment

   [ ] Information

   [ ] Prob Form 12        [X] Agency   U.S. MARSHAL

   [X] Arrested   2/16/13
                   Date

2. **COURT PERSONNEL:**
   Magistrate Judge: **COLLIS WHITE**

   Courtroom Deputy: **Veronica Sobrevilla**

   Interpreter: Blanca Venegas ( Sister sworn by Judge White to interpret)

3. **APPEARANCES:**   For the United States:   Bryan Reeves

                               For the Defendant:

                               Address:

                               Phone:

                               Retained [ ]   FPD [ ]   CJA [ ]

4. **PROCEEDINGS:**

   a. [ ] Defendant found competent.

   b. [X] Defendant informed of and received copy of charging document.
      Violation:   18 USC 2422 (b) Coercion and Enticement of a Minor

   c. [X] Defendant informed of maximum penalty:

d. [X] Defendant informed of constitutional rights.
   *My constitutional rights have been explained to me.*
   Date _____ Signature _____

e. [X] Defendant informed of right to Preliminary Examination.
   set for   To be set in the WDTX-Midland Division
   OR
   [ ] No right to Preliminary Examination.
   Arraignment set for _____

f. [X] Defendant informed of right to legal counsel.
   _____ 1) Defendant waives counsel, **OR**

   __X__ 2) Defendant will try to secure counsel and inform court by _____
            as to name, address of counsel retained **(Marie Galindo 432-366-8300)**

   _____ 3) Defendant requests appointment of counsel.

   Defendant has completed financial affidavit.
   _____ a) Court finds Defendant is financially eligible and orders counsel appointed.
   **OR**
   _____ b) Court finds Defendant is financially ineligible and denies request.

   Defendant to advise Court by _____ as to name, address of counsel retained.

g. [ ] **PRETRIAL RELEASE:**

   [ ] 1) Government moved for detention under §3124(f).
       Detention Hearing set for: _____

   [ ] 2) Court SUA SPONTE "moves" for detention.
       Detention Hearing set for: _____

   [X] 3) Temporary detention ordered.
       Bond Hearing set for:   To be set in the WDTX-Midland Division

   [ ] 4) Court orders Defendant be released on the following conditions:
       [ ] a) Personal recognizance.
       [ ] b) Defendant's bond set at  $ _____
              [ ] which is unsecured.
              [ ] which requires _____ % deposit.
              [ ] which requires 100% cash/corporate/surety.
              [ ] Additional conditions of release as set forth in Order Setting Conditions of Release.
   [ ] 5) Detention ordered (i.e., Probation Violation).

h. [ ] Temporary commitment issued _____
                                              Date

i. ☐ Preliminary Examination continued/reset to _____
   at _____             Date
              Time

j. ☐ Preliminary Examination held _____
                                              Date

k. ☐ Probable Cause found _____
   OR                                         Date

   ☐ No Probable Cause found _____
                                              Date

l. ☐ Defendant held to District Court _____
                                              Date

m. ☐ Defendant dismissed on Government's motion _____
                                              Date

n. ☐ Final Commitment Issued _____
                                              Date

o. ☐ Arraignment Set _____
                                              Date

5. a. [X] **OTHER PROCEEDINGS**   *U.S. Marshal's ordered to transfer Defendant to where charges are pending from.*

_____

_____